

**The relief described hereinbelow is SO ORDERED.**

**Signed January 23, 2019.**

_____
Ronald B. King
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEVEN BRICE WIBRACHT | § | CASE NO. 17-52300-RBK |
| AND ERIN MICHELLE WIBRACHT, | § | CHAPTER 7 |
| | § | |
| DEBTORS. | § | |
| | § | |
| TRAVELERS CASUALTY AND SURETY | § | |
| COMPANY OF AMERICA, PLAINTIFF | § | |
| | § | |
| v. | § | ADVERSARY PROCEEDING |
| | § | NO. 18-05203-RBK |
| STEVEN BRICE WIBRACHT | § | |
| AND ERIN MICHELLE WIBRACHT, | § | |
| DEFENDANTS. | § | |

ORDER GRANTING
PLAINTIFF'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM [ADV #54]

On November 19, 2018, came on to be heard the *Motion* (the "Motion") of Plaintiff Travelers Casualty and Surety Company of America ("Travelers") *to Dismiss Counterclaim* (the "Counterclaim") filed by Steven Brice Wibracht and Erin Michelle Wibracht (the "Defendants"

or the "Debtors"). After considering the pleadings and representation of counsel, this Court is of the opinion that the Motion is well taken and should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Counterclaim is hereby DISMISSED; and

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants are without standing to object to Travelers' proof of claim number 18 ("POC 18"); and

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that in connection with Travelers' First Amended Complaint filed on May 25, 2018 (the "Amended Complaint") (DE 15) pursuant to 11 U.S.C. §§ 727(a)(2)(A) and (B), (a)(3), (a)(4)(A) and (a)(5) the Defendants shall be limited at trial to raising defenses solely related to Travelers' objection to discharge claims set forth in the Amended Complaint pursuant to 11 U.S.C. §§ 727(a)(2)(A) and (B), (a)(3), (a)(4)(A) and (a)(5) and further, such other defenses that are related to the Counterclaim or take any form of objection to POC 18 raised by the Defendants in their Amended Answer (DE 53) are STRICKEN; and

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that nothing set forth in this ORDER prejudices the Defendants' right to file a motion to avoid lien pursuant to 11 U.S.C. § 522(f) with all parties reserving their rights in connection with such motion.

.

# # #

3

**Order Submitted by**:

Thomas Rice
Texas State Bar No. 24025613
trice@pulmanlaw.com
Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

**ATTORNEYS FOR PLAINTIFF,**
**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**