# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

Bankruptcy Case No.: 17–52300–rbk

Chapter No.: 7

IN RE: **Steven Brice Wibracht and Erin Michelle Wibracht**, Debtor(s)

Adversary Proceeding No.: 18–05203–rbk

Judge: Ronald B. King

**Travelers Casualty and Surety Company of America**
Plaintiff

v.

**Steven Brice Wibracht et al.**
Defendant

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on **4/5/19** was filed on **4/24/19**. The following deadlines apply:

The parties have until **May 1, 2019** to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is **May 15, 2019**.

If a request for redaction is filed, the redacted transcript is due **May 28, 2019**.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is **July 23, 2019** unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber **Federal Court Reporters of San Antonio, Inc., Julie Thompson 210–340–6464**, or you may view the document at the clerk's office public terminal.

Dated: 4/25/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court
BY: Rebecca Gomez

[Notice of Filing of Transcript (AP)] [NtcftddlrrAPap]